■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v LLOYD BROWN, Defendant. [706 NYS2d 925] —Motion to renew motion to extend time to take appeal denied. Memorandum: Defendant's request for renewal of his motion to extend the time to take an appeal is denied. The CPL 460.30 motion was

denied because defendant completed a notice of right to appeal form indicating that he did not wish to appeal. Present—Green, J. P., Pine, Wisner and Scudder, JJ.